

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Alfred A. Arraj
United States Courthouse
901 19th Street
Denver, Colorado 80294
www.cod.uscourts.gov

Jeffrey P. Colwell, *Clerk*                                              Phone: (303) 844-3433

November 8, 2021

**In re:** *Ristoff v. Pfizer, Inc., 14-cv-00582-RBJ*

Dear Counsel,

I have been contacted by Judge R. Brooke Jackson who presided over the above-mentioned case.

Judge Jackson informed me that it has been brought to his attention that while he presided over the case he or his spouse owned stock in Pfizer. The ownership of stock neither affected nor impacted his decisions in this case. Our records indicate that he did not issue any decisions in the case before it was transferred to a multidistrict court. However, this stock ownership would have required recusal under the Code of Conduct for United States Judges, and thus, Judge Jackson directed that I notify the parties of the conflict.

Advisory Opinion 71, from the Judicial Conference Codes of Conduct Committee, provides the following guidance for addressing disqualification that is not discovered until after a judge has participated in a case:

> [A] judge should disclose to the parties the facts bearing on disqualification as soon as those facts are learned, even though that may occur after entry of the decision. The parties may then determine what relief they may seek and a court (without the disqualified judge) will decide the legal consequence, if any, arising from the participation of the disqualified judge in the entered decision.

Although Advisory Opinion 71 contemplated disqualification after a Court of Appeals oral argument, the Committee explained "[s]imilar considerations would apply when a judgment was entered in a district court by a judge and it is later learned that the judge was disqualified."

With Advisory Opinion 71 in mind, you are invited to respond to Judge Jackson's disclosure of a conflict in this case. Should you wish to respond, please submit your response by November 30, 2021. Any response will be considered by another judge of this court without the participation of Judge Jackson.

Sincerely,


Jeffrey P. Colwell
Clerk, United States District Court


CC: Breanna Alexander, Franklin Azar, Tonya Melnichenko and Keith Scranton.